160 So. 546

## AMERICAN NATIONAL INS. CO. v.
### Gertrude REED.
### 6 Div. 734.

Supreme Court of Alabama.
March 28, 1935.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for petitioner.

H. M. Powell and John C. Arnold, both of Birmingham, for respondent.

KNIGHT, Justice.

Petition of the American National Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in American National Ins. Co. v. Reed, 160 So. 543.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.